CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br>1718 Connecticut Ave., NW<br>Suite 200<br>Washington, DC 20009<br><br>Plaintiff,<br><br>v.<br><br>BROADCASTING BOARD OF GOVERNORS<br>330 Independence Avenue, SW<br>Washington, DC 20237<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for the Electronic Privacy Information Center ("EPIC"), certify that to the best of my knowledge and belief, EPIC is a District of Columbia corporation with no parent company. No publicly held company holds more than 10% of stock in EPIC.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Marc Rotenberg, Esquire (DC Bar # 422825)
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009